B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Southern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>500 West Broadway, L.P. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>33-0871091 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>500 West Broadway<br>San Diego, CA     ZIP Code: 92101 | Street Address of Joint Debtor (No. and Street, City, and State):<br>    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>    ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>    ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):    500 West Broadway
San Diego, CA 92101

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): 500 West Broadway, L.P. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  Southern District of California | Case Number: 05-05433-A11 | Date Filed: 6/16/05 |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _____         Signature of Attorney for Debtor(s)                  (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
500 West Broadway, L.P.

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** /s/ Michael D. Breslauer
Signature of Attorney for Debtor(s)

Michael D. Breslauer 110259
Printed Name of Attorney for Debtor(s)

Solomon Ward Seidenwurm & Smith LLP
Firm Name

401 B Street, Suite 1200
San Diego, CA 92101-4295

_____
Address

Email: mbreslauer@swsslaw.com
619-231-0303 Fax: 619-231-4755
Telephone Number

March 3, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Alliant Holdings of West Broadway LLC, General Partner
Signature of Authorized Individual

Alliant Holdings of West Broadway LLC, General Partner
Printed Name of Authorized Individual

By: Brian Doran, President of Sole Member of General Partner
Title of Authorized Individual

March 3, 2010
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re    500 West Broadway, L.P.                                        Case No. _____
                                    Debtor(s)                  Chapter        11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alliant Holdings of West Broad<br>21600 Oxnard St, 12th Floor<br>Woodland Hills, CA 91367 | Alliant Holdings of West Broad<br>21600 Oxnard St, 12th Floor<br>Woodland Hills, CA 91367 | | | 191,396.75 |
| Armed Services<br>3293 Santo Road<br>San Diego, CA 92124 | Armed Services<br>3293 Santo Road<br>San Diego, CA 92124 | | | 53,602.02 |
| San Diego County Treasurer<br>P.O. Box 129009<br>San Diego, CA 92112 | San Diego County Treasurer<br>P.O. Box 129009<br>San Diego, CA 92112 | Real Property Tax | | 53,345.62 |
| Killefer Flammang Purtill<br>1625 Olympic Blvd.<br>Santa Monica, CA 90404 | Killefer Flammang Purtill<br>1625 Olympic Blvd.<br>Santa Monica, CA 90404 | | | 28,116.48 |
| Inovus Design Inc.<br>9520 Jefferson Blvd, Ste B<br>Culver City, CA 90232-2941 | Inovus Design Inc.<br>9520 Jefferson Blvd, Ste B<br>Culver City, CA 90232-2941 | | | 14,960.32 |
| Joseph Boling-Boiling Constrns<br>c/o Edmunds & Cleary attorneys<br>527 Encinitas Blvd., Ste. 210<br>Encinitas, CA 92024 | Joseph Boling-Boiling Constrns<br>c/o Edmunds & Cleary attorneys<br>527 Encinitas Blvd., Ste. 210<br>Encinitas, CA 92024 | | | 12,257.97 |
| Saflok<br>31750 Sherman Ave.<br>Madison Heights, MI<br>48071-1423 | Saflok<br>31750 Sherman Ave.<br>Madison Heights, MI 48071-1423 | | | 10,995.84 |
| Home Depot Supply Inc.<br>P.O. Box 509055<br>San Diego, CA 92150 | Home Depot Supply Inc.<br>P.O. Box 509055<br>San Diego, CA 92150 | | | 10,664.59 |
| THYSSEN KRUPP ELEVATOR<br>1965 GILLESPIE WAY<br>SUITE 101<br>El Cajon, CA 92020 | THYSSEN KRUPP ELEVATOR<br>1965 GILLESPIE WAY<br>SUITE 101<br>El Cajon, CA 92020 | | | 10,427.16 |
| Terminex<br>Terminex Processing Center<br>4633 Viewridge Avenue<br>San Diego, CA 92123-1639 | Terminex<br>Terminex Processing Center<br>4633 Viewridge Avenue<br>San Diego, CA 92123-1639 | | | 10,396.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    500 West Broadway, L.P.                     Case No.                

                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| CITY TREASURER - OCC Tax<br>Attn: TOT Clerk<br>P.O. Box 122289<br>San Diego, CA 92112 | CITY TREASURER - OCC Tax<br>Attn: TOT Clerk<br>P.O. Box 122289<br>San Diego, CA 92112 | Occupancy tax | | 9,116.94 |
| Expedia Incorporated<br>6 West Druid Hills Dr. NE<br>Suite 107<br>Atlanta, GA 30329-2132 | Expedia Incorporated<br>6 West Druid Hills Dr. NE<br>Suite 107<br>Atlanta, GA 30329-2132 | | | 7,246.01 |
| San Diego Country Treasurer<br>P.O. Box 129009<br>San Diego, CA 92112 | San Diego Country Treasurer<br>P.O. Box 129009<br>San Diego, CA 92112 | FFE Personal<br>Property Tax | | 6,806.25 |
| City of San Diego<br>P.O. Box 122289<br>San Diego, CA 92112 | City of San Diego<br>P.O. Box 122289<br>San Diego, CA 92112 | TOT Tax | | 6,584.70 |
| Engle Holdings Inc.<br>3065 Rosecrans Pl.<br>San Diego, CA 92110 | Engle Holdings Inc.<br>3065 Rosecrans Pl.<br>San Diego, CA 92110 | | | 5,830.16 |
| SDG&E<br>Credit Services CP 61E<br>P.O. Box 129831<br>San Diego, CA 92112-9985 | SDG&E<br>Credit Services CP 61E<br>P.O. Box 129831<br>San Diego, CA 92112-9985 | | | 5,475.15 |
| MileStone<br>2620 AUgustine Dr<br>Suite 140<br>Santa Clara, CA 95054 | MileStone<br>2620 AUgustine Dr<br>Suite 140<br>Santa Clara, CA 95054 | | | 4,380.01 |
| CITY TREASURER - Water Dept.<br>WATER DEPT<br>San Diego, CA 92187-0001 | CITY TREASURER - Water Dept.<br>WATER DEPT<br>San Diego, CA 92187-0001 | | | 4,105.85 |
| Travelworm<br>6280 South Valley View Blvd<br>#230<br>Las Vegas, NV 89118 | Travelworm<br>6280 South Valley View Blvd<br>#230<br>Las Vegas, NV 89118 | | | 4,012.38 |
| Secure Protective Group<br>PO Box 100700<br>Pasadena, CA 91189-0700 | Secure Protective Group<br>PO Box 100700<br>Pasadena, CA 91189-0700 | | | 3,706.32 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   500 West Broadway, L.P.                                                      Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the By: Brian Doran, President of Sole Member of General Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   March 3, 2010                                    Signature   /s/ Alliant Holdings of West Broadway LLC, General
                                                                    Partner
                                                                    Alliant Holdings of West Broadway LLC, General Partner
                                                                    By: Brian Doran, President of Sole Member of General
                                                                    Partner


    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re     500 West Broadway, L.P.                       ,     Case No. _____

                                       Debtor

Chapter _____ 11 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 727,157.43 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 7,254,557.69 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 77,952.60 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 411,397.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 727,157.43 | | |
| Total Liabilities | | | | 7,743,907.67 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of California

In re    500 West Broadway, L.P.                             ,

                                    Debtor

Case No. _____

Chapter _____ 11 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re   500 West Broadway, L.P.                       ,     Case No. _____

                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 500 West Broadway<br>San Diego, CA 92101 | Ground Lease | - | Unknown | 7,890,000.00 |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

                                      (Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    500 West Broadway, L.P.                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | Petty cash | - | 1,220.44 |
| | | Front desk drawer cash | - | 800.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Check Account No. 153495111061 U.S. Bank 5787 Chesapeake Court San Diego, CA 92123-1006 | - | 10,282.36 |
| | | Security Deposit No. 153495110444 U.S. Bank 5787 Chesapeake Court San Diego, CA 92123-1006 | - | 253.94 |
| | | Property Tax Reserve No. 153495534486 U.S. Bank 5787 Chesapeake Court San Diego, CA 92123-1006 | - | 8,617.05 |
| | | Operating Account No. 153456065769 U.S. Bank 5787 Chesapeake Court San Diego, CA 92123-1006 | - | 54,274.91 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |

Sub-Total >        75,448.70
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    500 West Broadway, L.P.                                        ,     Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Accounts Receivable - See attached list | - | 16,708.73 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        16,708.73
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    500 West Broadway, L.P.                                    ,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office and front desk furniture & equipment 500 West Broadway | - | 35,000.00 |
| | | Community room furniture & equipment | - | 65,000.00 |
| | | Hotel room furniture | - | 485,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Laundry room equipment 500 West Broadway | - | 50,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

|  | Sub-Total > | 635,000.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  500 West Broadway, L.P.                                    ,          Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)

Total >          727,157.43

Sheet  3  of  3  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

500 West Hotel
SAN DIEGO, CA 92101

## Aging Report
### As of: 3/3/2010

NiteVision 2008 HF6
3/3/2010 2:09:05 PM
Printed By: BMEDINA

| Account# | Customer Code | Customer | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Un-Applied Credits | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 8 | | ARES INC. | $106.68 | $86.16 | $0.00 | $0.00 | ($0.06) | $192.78 |
| | | CES. EMBASSY | $2,424.90 | $0.00 | $0.00 | $0.00 | ($150.20) | $2,274.70 |
| | | EXPEDIA | $9,090.77 | $36.03 | $0.00 | $0.00 | ($0.02) | $9,126.78 |
| | | LSI | $435.24 | $0.00 | $0.00 | $0.00 | $0.00 | $435.24 |
| | | TOURICO HOLIDAYS | $612.80 | $54.05 | $0.00 | $0.00 | $0.00 | $666.85 |
| | | TRAVELWORM | $0.00 | $0.00 | $0.00 | $4,012.38 | $0.00 | $4,012.38 |
| Totals: | | | $12,670.39 | $176.24 | $0.00 | $4,012.38 | ($150.28) | $16,708.73 |

500 West Hotel
SAN DIEGO, CA 92101

NiteVision 2008 HF6
3/3/2010 2:19:14 PM
Printed By: BMEDINA

**Detailed Aging Report**
As of: 3/3/2010

**Account: 8**
**Customer Code:** ARES INC.

| Invoice# | Date | Invoice Description | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Un-Applied Credits | Total Due |
|---|---|---|---|---|---|---|---|---|
| 876 | 01/22/10 | Folio #67833 - Room Folio | $0.00 | $86.16 | $0.00 | $0.00 | $0.00 | $86.16 |
| 094 | 02/15/10 | Folio #68323 - Room Folio | $106.68 | $0.00 | $0.00 | $0.00 | $0.00 | $106.68 |
| Trans # | Date | Transaction Description | | | | | | |
| 11121 | 2/26/2010 | CHK # 27552 POSTED 2/26/10 | $0.00 | $0.00 | $0.00 | $0.00 | ($0.06) | ($0.06) |
| | | **Account Totals:** | $106.68 | $86.16 | $0.00 | $0.00 | ($0.06) | $192.78 |

**Account: 12**
**Customer Code:** CES, EMBASSY

| Invoice# | Date | Invoice Description | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Un-Applied Credits | Total Due |
|---|---|---|---|---|---|---|---|---|
| 820 | 02/03/10 | Folio #67617 - Room Folio | $63.10 | $0.00 | $0.00 | $0.00 | $0.00 | $63.10 |
| 821 | 02/03/10 | Folio #67306 - Room Folio | $63.10 | $0.00 | $0.00 | $0.00 | $0.00 | $63.10 |
| 822 | 02/03/10 | Folio #67307 - Room Folio | $63.10 | $0.00 | $0.00 | $0.00 | $0.00 | $63.10 |
| 11823 | 02/03/10 | Folio #67308 - Room Folio | $63.10 | $0.00 | $0.00 | $0.00 | $0.00 | $63.10 |
| 824 | 02/03/10 | Folio #67472 - Room Folio | $63.10 | $0.00 | $0.00 | $0.00 | $0.00 | $63.10 |
| 337 | 02/07/10 | Folio #66832 - Room Folio | $126.20 | $0.00 | $0.00 | $0.00 | $0.00 | $126.20 |
| 338 | 02/07/10 | Folio #66995 - Room Folio | $112.15 | $0.00 | $0.00 | $0.00 | $0.00 | $112.15 |
| 847 | 02/10/10 | Folio #67472 - Room Folio | $220.85 | $0.00 | $0.00 | $0.00 | $0.00 | $220.85 |
| 871 | 02/13/10 | Folio #67306 - Room Folio | $192.80 | $0.00 | $0.00 | $0.00 | $0.00 | $192.80 |
| 872 | 02/13/10 | Folio #67617 - Room Folio | $315.50 | $0.00 | $0.00 | $0.00 | $0.00 | $315.50 |
| 873 | 02/13/10 | Folio #66994 - Room Folio | $280.15 | $0.00 | $0.00 | $0.00 | $0.00 | $280.15 |
| 874 | 02/13/10 | Folio #67307 - Room Folio | $192.80 | $0.00 | $0.00 | $0.00 | $0.00 | $192.80 |
| 875 | 02/13/10 | Folio #67308 - Room Folio | $192.80 | $0.00 | $0.00 | $0.00 | $0.00 | $192.80 |
| 11917 | 02/20/10 | Folio #67120 - Room Folio | $476.15 | $0.00 | $0.00 | $0.00 | $0.00 | $476.15 |
| Trans # | Date | Transaction Description | | | | | | |
| 11063 | 2/17/2010 | CHK # 00490 POSTED 2/17/10 | $0.00 | $0.00 | $0.00 | $0.00 | ($150.20) | ($150.20) |
| | | **Account Totals:** | $2,424.90 | $0.00 | $0.00 | $0.00 | ($150.20) | $2,274.70 |

**Account: 14**
**Customer Code:**   LSI

| Trans # | Date | Transaction Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10986 | 2/6/2010 | 89915524/ 02/06/10 | | | | | ($0.02) | ($0.02) |
| 11141 | 3/3/2010 | Folio #68256 - Total Folio | | | | | $0.00 | $32.68 |

|  | Date | Invoice Description | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Un-Applied Credits | Total Due |
|---|---|---|---|---|---|---|---|---|
| 11964 | 03/02/10 | Folio #68040 - Room Folio | $165.61 | $0.00 | $0.00 | $0.00 | $0.00 | $165.61 |
| 11965 | 03/02/10 | Folio #68036 - Room Folio | $165.60 | $0.00 | $0.00 | $0.00 | $0.00 | $165.60 |

| | | Account Totals: | $9,090.77 | $36.03 | $0.00 | $0.00 | ($0.02) | $9,126.78 |

**Account: 24**
**Customer Code:**   TOURICO HOLIDAYS

| Invoice# | Date | Invoice Description | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Un-Applied Credits | Total Due |
|---|---|---|---|---|---|---|---|---|
| 18 | 02/20/10 | Folio #68356 - Room Folio | $435.24 | $0.00 | $0.00 | $0.00 | $0.00 | $435.24 |

| | | Account Totals: | $435.24 | $0.00 | $0.00 | $0.00 | $0.00 | $435.24 |

**Account: 10**
**Customer Code:**   TRAVELWORM

| Invoice# | Date | Invoice Description | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Un-Applied Credits | Total Due |
|---|---|---|---|---|---|---|---|---|
| 10 | 01/31/10 | Folio #67587 - Total Folio | $0.00 | $54.05 | $0.00 | $0.00 | $0.00 | $54.05 |
| 36 | 02/06/10 | Folio #68571 - Total Folio | $38.30 | $0.00 | $0.00 | $0.00 | $0.00 | $38.30 |
| 39 | 02/07/10 | Folio #57493 - Room Folio | $268.10 | $0.00 | $0.00 | $0.00 | $0.00 | $268.10 |
| 53 | 02/11/10 | Folio #66873 - Room Folio | $76.60 | $0.00 | $0.00 | $0.00 | $0.00 | $76.60 |
| 87 | 02/14/10 | Folio #68269 - Total Folio | $38.30 | $0.00 | $0.00 | $0.00 | $0.00 | $38.30 |
| 97 | 02/16/10 | Folio #63645 - Room Folio | $38.30 | $0.00 | $0.00 | $0.00 | $0.00 | $38.30 |
| 11912 | 02/19/10 | Folio #63158 - Room Folio | $114.90 | $0.00 | $0.00 | $0.00 | $0.00 | $114.90 |
| 30 | 02/21/10 | Folio #66085 - Room Folio | $38.30 | $0.00 | $0.00 | $0.00 | $0.00 | $38.30 |

| | | Account Totals: | $612.80 | $54.05 | $0.00 | $0.00 | $0.00 | $666.85 |

| Invoice# | Date | Invoice Description | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | > 90 Days | Un-Applied Credits | Total Due |
|---|---|---|---|---|---|---|---|---|
| 10 | 07/30/09 | Folio #33551 - Total Folio | $0.00 | $0.00 | $0.00 | $137.55 | $0.00 | $137.55 |
| 34 | 07/30/09 | Folio #32973 - Total Folio | $0.00 | $0.00 | $0.00 | $10.95 | $0.00 | $10.95 |
| 5670 | 07/30/09 | Folio #34698 - Room Folio | $0.00 | $0.00 | $0.00 | $123.84 | $0.00 | $123.84 |
| 5712 | 07/30/09 | Folio #32838 - Total Folio | $0.00 | $0.00 | $0.00 | $123.84 | $0.00 | $123.84 |
| 5759 | 07/30/09 | Folio #31016 - Room Folio | $0.00 | $0.00 | $0.00 | $276.71 | $0.00 | $276.71 |
| 5761 | 07/30/09 | Folio #35406 - Room Folio | $0.00 | $0.00 | $0.00 | $115.28 | $0.00 | $115.28 |
| 5782 | 07/30/09 | Folio #35509 - Room Folio | $0.00 | $0.00 | $0.00 | $128.84 | $0.00 | $128.84 |
| 5794 | 07/30/09 | Folio #35594 - Total Folio | $0.00 | $0.00 | $0.00 | $128.84 | $0.00 | $128.84 |

B6C (Official Form 6C) (12/07)

.

In re    500 West Broadway, L.P.                                     ,        Case No. _____
                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| NONE. | | | |

B6D (Official Form 6D) (12/07)

In re     500 West Broadway, L.P.                                         ,     Case No. _____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Mechanic's Lien | | | | | |
| Alcala Company, Inc. 3650 Hancock St. San Diego, CA 92110 | X | - | | | | | | | |
| | | | | Value $               0.00 | | | | 9,034.51 | Unknown |
| Account No. | | | | Mechanic's Lien | | | | | |
| American Marble 1280 N. Melrose Drive Vista, CA 92083 | X | - | | | | | | | |
| | | | | Value $               0.00 | | | | 7,474.49 | Unknown |
| Account No. | | | | Mechanic's Lien | | | | | |
| Anchor Construction Specialtie 7071 Carroll Road San Diego, CA 92121 | X | - | | | | | | | |
| | | | | Value $               0.00 | | | | 28,998.21 | Unknown |
| Account No. | | | | Mechanic's Lien | | | | | |
| Architectural Signs & Graphics 3830 Valley Centre Drive #705 San Diego, CA 92130 | X | - | | | | | | | |
| | | | | Value $               0.00 | | | | 13,550.80 | Unknown |
| _4_ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 59,058.01 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   500 West Broadway, L.P.                                          ,          Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>Area-West Fenco Co.<br>12566 Vigilante Road<br>Lakeside, CA 92040 | X | - | | Mechanic's Lien<br><br><br>Value $              0.00 | | | | 4,261.56 | Unknown |
| Account No.<br><br>California Comfort Systems USA<br>Schwartz, Semerdjian, Haile,<br>101 W. Broadway<br>San Diego, CA 92101 | X | - | | Mechanic's Lien<br><br><br>Value $              0.00 | | | | 28,868.95 | Unknown |
| Account No.<br><br>CCW&D, Inc.<br>7844 La Mesa Blvd.<br>La Mesa, CA 91941-3601 | X | - | | Mechanic's Lien<br><br><br>Value $              0.00 | | | | 22,424.42 | Unknown |
| Account No.<br><br>City of San Diego<br>Redevelopment Agency<br>600 B Street, Suite 400<br>San Diego, CA 92101 | X | - | | Incurred in 2003<br><br>Deed of Trust<br><br>500 West Broadway<br><br>Value $          Unknown | | | | 1,630,000.00 | Unknown |
| Account No.<br><br>Ehmke Sheet Metal Group<br>P.O. Box 13010<br>San Diego, CA 92170 | X | - | | Mechanic's Lien<br><br><br>Value $              0.00 | | | | 18,292.15 | Unknown |

Sheet  1   of  4   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 1,703,847.08 | 0.00 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    500 West Broadway, L.P. _____,    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mechanic's Lien | | | | | |
| Floor Encounters, Inc. 7722 Talbert Avenue, Suite C Huntington Beach, CA 92648 | X | - | | | | | | |
| | | | Value $                0.00 | | | | 33,860.72 | Unknown |
| Account No. | | | Mechanic's Lien | | | | | |
| Grand Pacific Building Service 9766 19th Street, Suite 113 Rancho Cucamonga, CA 91737 | X | - | | | | | | |
| | | | Value $                0.00 | | | | 44,251.75 | Unknown |
| Account No. | | | Mechanic's Lien | | | | | |
| Helix Electric c/o Pacific Western Bank 401 West A Street, 2nd Floor San Diego, CA 92101 | X | - | | | | | | |
| | | | Value $                0.00 | | | | 123,303.98 | Unknown |
| Account No. | | | Mechanic's Lien | | | | | |
| Life Stone Concrete 1105 N. Marshall Avenue El Cajon, CA 92020 | X | - | | | | | | |
| | | | Value $                0.00 | | | | 5,103.25 | Unknown |
| Account No. | | | Mechanic's Lien | | | | | |
| Mission Valley Roofing Inc. 9908 Prospect Avenue Santee, CA 92071-4317 | X | - | | | | | | |
| | | | Value $                0.00 | | | | 11,233.76 | Unknown |

Sheet  2   of  4   continuation sheets attached to                          Subtotal               | 217,753.46 | 0.00 |
Schedule of Creditors Holding Secured Claims                  (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re  500 West Broadway, L.P. _____,    Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Incurred in 2003 | | | | | |
| Pacific Western Bank 401 West A Street, 2nd Floor San Diego, CA 92101 | X | - | | | Deed of Trust  500 West Broadway | | | | | |
| | | | | | Value $              0.00 | | | | 4,462,732.00 | Unknown |
| Account No. | | | | | Mechanic's Lien | | | | | |
| Progressive Steel 3115 4th Avenue San Diego, CA 92103 | X | - | | | | | | | | |
| | | | | | Value $              0.00 | | | | 25,917.94 | Unknown |
| Account No. | | | | | Mechanic's Lien | | | | | |
| RBE Painting and Wall Covering c/o Thomas Meads P.O. Box 2035 Alpine, CA 91903-2035 | X | - | | | | | | | | |
| | | | | | Value $              0.00 | | | | 47,306.83 | Unknown |
| Account No. | | | | | Mechanic's Lien | | | | | |
| S.G. Plastering c/o Beard Hobbs, Attorney 7844 La Mesa Blvd. La Mesa, CA 91941 | X | - | | | | | | | | |
| | | | | | Value $              0.00 | | | | 17,965.32 | Unknown |
| Account No. | | | | | Mechanic's Lien | | | | | |
| Safway Steel Products 1107 Petree Street, Suite 103 El Cajon, CA 92020 | X | - | | | | | | | | |
| | | | | | Value $              0.00 | | | | 17,283.74 | Unknown |

Sheet  3  of  4  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     | 4,571,205.83 | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  500 West Broadway, L.P.                                    ,        Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Taylor Frager<br>c/o Marks Golia & Finch LLP<br>3900 Harney St., 1st Floor<br>San Diego, CA 92110-2825 | X | - | Mechanic's Lien<br><br><br>Value $         0.00 | | | | 671,915.27 | Unknown |
| Account No.<br><br>Wageman Company<br>4679 36th Street<br>San Diego, CA 92116 | X | - | Mechanic's Lien<br><br><br>Value $         0.00 | | | | 4,253.90 | Unknown |
| Account No.<br><br>WB Powell, Inc c/o T Robinette<br>Manning Leaver Bruder & Berb<br>5750 Wilshire Blvd #655<br>Los Angeles, CA 90036-3637 | | - | Mechanic's Lien<br><br><br>Value $         0.00 | | | | 26,524.14 | Unknown |
| Account No.<br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br> | | | <br><br><br>Value $ | | | | | |

Sheet  4   of  4   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 702,693.31 | 0.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 7,254,557.69 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    500 West Broadway, L.P.                                           Case No. _____
                                              , 
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   500 West Broadway, L.P. _____ ,   Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. ID No. 1661331<br><br>California Travel & Tourism Ta<br>P.O. Box 2007<br>Sacramento, CA 95812 | X | - | 2009<br><br>California Tourism Fee Tax | | | | 834.00 | 0.00<br><br>834.00 |
| Account No. 117461<br><br>City of San Diego<br>P.O. Box 122289<br>San Diego, CA 92112 | X | - | January 1, 2010<br><br>TOT Tax | | | | 6,584.70 | 0.00<br><br>6,584.70 |
| Account No.<br><br>CITY TREASURER - OCC Tax<br>Attn: TOT Clerk<br>P.O. Box 122289<br>San Diego, CA 92112 | X | - | 2005<br><br>Occupancy tax | | | | 9,116.94 | 0.00<br><br>9,116.94 |
| Account No. 562865528<br><br>Franchise Tax Board<br>P.O. Box 842878<br>Sacramento, CA 94278 | X | - | Garnishment Tax | | | | 112.50 | 0.00<br><br>112.50 |
| Account No.<br><br>IRS<br>Ogden, UT | X | - | | | | | Unknown | Unknown<br><br>0.00 |
| Sheet __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal<br>(Total of this page) | | | | 16,648.14 | 0.00<br><br>16,648.14 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    500 West Broadway, L.P.                                      ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Parcel No. 533 486 06 00  San Diego Country Treasurer P.O. Box 129009 San Diego, CA 92112 | X | - | July 2009  FFE Personal Property Tax | | | | 6,806.25 | 0.00  6,806.25 |
| Account No. 602-1140000  San Diego County Treasurer P.O. Box 129009 San Diego, CA 92112 | X | - | July 2009  Real Property Tax | | | | 53,345.62 | 0.00  53,345.62 |
| Account No.  State Board of Equalization P.O. Box 942879 Sacramento, CA 94279 | X | - | | | | | 1,152.59 | 0.00  1,152.59 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00  61,304.46 | 61,304.46 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00  77,952.60 | 77,952.60 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    500 West Broadway, L.P.                                                    , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> AAE Hotels <br> 4848 San Felipe Road <br> Suite 150-155 <br> San Jose, CA 95135 | X | - | | | | | 407.09 |
| Account No. <br><br> Advanced Reservation Systems <br> 3750 Convoy St <br> Suite 312 <br> San Diego, CA 92111 | X | - | | | | | 6.90 |
| Account No. <br><br> Alliant Holdings of West Broad <br> 21600 Oxnard St, 12th Floor <br> Woodland Hills, CA 91367 | | - | | | | | 191,396.75 |
| Account No. <br><br> American Internet Services <br> 9305 Lightwave Ave. <br> Suite 100 <br> San Diego, CA 92123 | X | - | | | | | 385.11 |
| | | | Subtotal <br> (Total of this page) | | | | 192,195.85 |

__11__  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          S/N:28101-100105    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   500 West Broadway, L.P.                                                ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| American Sleep Products 9760 Via de la Amistad San Diego, CA 92154 | X | - | | | | | | | 299.06 |
| Account No. | | | | | | | | | |
| ARES, INC 1059 First Avenue San Diego, CA 92101 | X | - | | | | | | | 1,524.33 |
| Account No. | | | | | | | | | |
| Armed Services 3293 Santo Road San Diego, CA 92124 | X | - | | | | | | | 53,602.02 |
| Account No. | | | | | | | | | |
| Barone Galasso & Associates 710 West Ivy Street San Diego, CA 92101 | | - | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Booking.com BV Lockbox #5295 5295 Paysphere Circle Chicago, IL 60674 | X | - | | | | | | | 676.31 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          56,101.72

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   500 West Broadway, L.P.                                     ,     Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>CES Embassy<br>600 B Street, #1700<br>San Diego, CA 92101 | X | - | | | | | | 725.65 |
| Account No.<br><br>Cintas<br>675 32nd Street<br>San Diego, CA 92102 | X | - | | | | | | 3,076.71 |
| Account No.<br><br>CINTAS Corporation # 694<br>675 32nd Street<br>San Diego, CA 92102 | X | - | | | | | | 776.10 |
| Account No.<br><br>CITY TREASURER - Water Dept.<br>WATER DEPT<br>San Diego, CA 92187-0001 | X | - | | | | | | 4,105.85 |
| Account No.<br><br>Cox Communications Cable<br>P.O. Box 79171<br>Phoenix, AZ 85062-9171 | X | - | | | | | | 2,258.92 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,943.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    500 West Broadway, L.P.                                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Crimson Imaging Supplies, LLC 4011 Pacific Coast Hwy. Torrance, CA 90505 | X | - | | | | | 838.43 |
| Account No. | | | | | | | |
| Ecolab P.O. Box 100512 Pasadena, CA 91189-0512 | X | - | | | | | 450.04 |
| Account No. | | | | | | | |
| Ellis Company, The 1501 Lancer Drive Moorestown, NJ 08057 | X | - | | | | | 1,508.60 |
| Account No. | | | | | | | |
| Engle Holdings Inc. 3065 Rosecrans Pl. San Diego, CA 92110 | X | - | | | | | 5,830.16 |
| Account No. | | | | | | | |
| Event Video 11641 Valley Spring Lane, #309 Attn: Wesley Somoza Studio City, CA 91604 | X | - | | | | | 300.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          8,927.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  500 West Broadway, L.P.                                              ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Expedia Incorporated 6 West Druid Hills Dr. NE Suite 107 Atlanta, GA 30329-2132 | X | - | | | | | | 7,246.01 |
| Account No. | | | | | | | | |
| EZ Yield.com Inc. 125 Excelsior Parkway Suite 101 Winter Springs, FL 32708 | X | - | | | | | | 189.00 |
| Account No. | | | | | | | | |
| Florabella Inc. 1732 Madison Ave San Diego, CA 92116 | X | - | | | | | | 440.46 |
| Account No. | | | | | | | | |
| Fraser's Boiler Service 1746 Newton Avenue San Diego, CA 92113 | X | - | | | | | | 1,309.51 |
| Account No. | | | | | | | | |
| HD Supply Facilities Maintenance, Ltd P.O. Box 509058 San Diego, CA 92150-9058 | X | - | | | | | | 1,021.79 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,206.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  500 West Broadway, L.P. _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Home Depot Supply Inc. P.O. Box 509055 San Diego, CA 92150 | X | - | | | | | | | 10,664.59 |
| Account No. | | | | | | | | | |
| Inovus Design Inc. 9520 Jefferson Blvd, Ste B Culver City, CA 90232-2941 | X | - | | | | | | | 14,960.32 |
| Account No. | | | | | | | | | |
| JCDecaux Airport Inc. General Post Office P.O. Box 5436 New York, NY 10087-5436 | X | - | | | | | | | 686.80 |
| Account No. | | | | | | | | | |
| Jeffrey D. Goetz Bradshaw Fowler Proctor 801 Grand Avenue Ste 3700 Des Moines, IA 50309-8004 | | - | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Joseph Boling-Boiling Constrns c/o Edmunds & Cleary attorneys 527 Encinitas Blvd., Ste. 210 Encinitas, CA 92024 | X | - | | | | | | | 12,257.97 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,569.68

B6F (Official Form 6F) (12/07) - Cont.

In re  500 West Broadway, L.P.                                                          ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Killefer Flammang Purtill 1625 Olympic Blvd. Santa Monica, CA 90404 | X | - | | | | | 28,116.48 |
| Account No. | | | | | | | |
| Maintex 13300 E. Nelson Ave. PO Box 7110 City of Industry, CA 91744-7110 | X | - | | | | | 1,708.64 |
| Account No. | | | | | | | |
| MileStone 2620 AUgustine Dr Suite 140 Santa Clara, CA 95054 | X | - | | | | | 4,380.01 |
| Account No. | | | | | | | |
| NEC Financial Services P.O. Box 100558 Pasadena, CA 91189 | X | - | | | | | 1,814.00 |
| Account No. | | | | | | | |
| Open Hospitality 729 Seventh Ave., 8th Floor New York, NY 10019 | X | - | | | | | 1,013.18 |

Sheet no. _6_ of _11_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,032.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __500 West Broadway, L.P._____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Pacific Lodging Supply 10140 Norwalk Blvd Santa Fe Springs, CA 90670 | X | - | | | | | | 878.17 |
| Account No. | | | | | | | | |
| Pots of Gold P.O. Box 711612 San Diego, CA 92171 | X | - | | | | | | 225.00 |
| Account No. | | | | | | | | |
| R.F. MacDonald Co. 25920 Eden Landing Road Hayward, CA 94545 | X | - | | | | | | 1,128.00 |
| Account No. | | | | | | | | |
| RCI Travel P.O. Box 41005 Nashville, TN 37204-1005 | X | - | | | | | | 13.38 |
| Account No. | | | | | | | | |
| Saflok 31750 Sherman Ave. Madison Heights, MI 48071-1423 | X | - | | | | | | 10,995.84 |

Sheet no. __7___ of __11___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,240.39

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   500 West Broadway, L.P.                                                                          ,    Case No. _____
                                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>San Diego County Hotel-Motel Association<br>1945 Quivara Way, Ste. 5<br>San Diego, CA 92109 | X | - | | | | | | | 1,248.00 |
| Account No.<br><br>San Diego Reader<br>1703 India Street<br>San Diego, CA 92101 | X | - | | | | | | | 900.00 |
| Account No.<br><br>SDG&E<br>Credit Services CP 61E<br>P.O. Box 129831<br>San Diego, CA 92112-9985 | X | - | | | | | | | 5,475.15 |
| Account No.<br><br>Secure Protective Group<br>PO Box 100700<br>Pasadena, CA 91189-0700 | X | - | | | | | | | 3,706.32 |
| Account No.<br><br>Stanford Sign & Awning<br>2556 Faivre St<br>Chula Vista, CA 91911 | X | - | | | | | | | 2,580.38 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 13,909.85

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    500 West Broadway, L.P.                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. Synxis Corporation 7285 Collection Center Dr. Chicago, IL 60693 | X | - | | | | | | | 694.71 |
| Account No. Terminex Terminex Processing Center 4633 Viewridge Avenue San Diego, CA 92123-1639 | X | - | | | | | | | 10,396.00 |
| Account No. THYSSEN KRUPP ELEVATOR 1965 GILLESPIE WAY SUITE 101 El Cajon, CA 92020 | X | - | | | | | | | 10,427.16 |
| Account No. Tourico Holidays 220 East Central Parkway#4000 Altamonte Springs, FL 32701 | X | - | | | | | | | 835.80 |
| Account No. Travel Dynamics Group 7590 Fay Avenue #204 La Jolla, CA 92037 | X | - | | | | | | | 48.30 |

Sheet no. _9__ of _11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     22,401.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   500 West Broadway, L.P.                                                  ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Travelweb Retail P.O. Box 915204 Dallas, TX 75391 | X | - | | | | | | | 14.80 |
| Account No. | | | | | | | | | |
| Travelworm 6280 South Valley View Blvd #230 Las Vegas, NV 89118 | X | - | | | | | | | 4,012.38 |
| Account No. | | | | | | | | | |
| Trident Technologies 7425 Mission Valley Road Suite 207 San Diego, CA 92108 | X | - | | | | | | | 543.76 |
| Account No. | | | | | | | | | |
| Venere Intesa Sanpaolo S.p.a. NewYork P.O. Box 9098 New York, NY 10256 | X | - | | | | | | | 558.97 |
| Account No. | | | | | | | | | |
| Vista Paint 2020 E. Orangethorpe Ave Fullerton, CA 92831 | X | - | | | | | | | 211.33 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          5,341.24

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **500 West Broadway, L.P.** _____,  Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Waste Mgmt of El Cajon San Die P.O. Box 78251 Phoenix, AZ 85062-8251 | X | - | | | | | | 1,371.27 |
| Account No. | | | | | | | | |
| Waxie Sanitary Supply P.O. Box 81006 San Diego, CA 92138-1006 | X | - | | | | | | 1,096.97 |
| Account No. | | | | | | | | |
| World Choice Travel, Inc. 11300 U.S. Highway 1 Suite 300 North Palm Beach, FL 33408 | X | - | | | | | | 58.90 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     2,527.14

Total
(Report on Summary of Schedules)     411,397.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re  500 West Broadway, L.P. _____,  Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 7-11 Industries, Inc.<br>13787 Royal Melbourne Square<br>San Diego, CA 92128 | Site Lease Agreement for ATM Cash Dispenser dated September 21, 2007 |
| American Internet Services<br>9305 Lightwave Ave.<br>Suite 100<br>San Diego, CA 92123 | Connectivity Agreement and Service Level Agreement<br>for Internet Access dated April 9, 2007 |
| Armed Services YMCA of the USA<br>3293 Santo Road<br>San Diego, CA 92124 | Land lease - Lease on non-residential real property |
| Blue Outdoor Worldwide LLC<br>341 East 62nd Street, PH<br>New York, NY 10065 | Outdoor Advertising Contract for advertising dated November 13, 2006 |
| Cox Business<br>5159 Federal Blvd<br>San Diego, CA 92105 | Standard Commercial Agreement for bulk cable service<br>dated September 21, 2009 |
| Downtown YMCA<br>4715 View Ridge Ave, Ste 100<br>San Diego, CA 92123 | Retail space lease (health club) |
| EZ Yield.com Inc.<br>125 Excelsior Parkway<br>Suite 101<br>Winter Springs, FL 32708 | |
| Grand Central Cafe<br>500 West Broadway<br>San Diego, CA 92101 | Retail space lease (restaurant) |
| JCDecaux Airport Inc.<br>3 Park Avenue, 33rd Floor<br>New York, NY 10016 | Airport Contract No. 20100374 for Advertising dated November 23, 2009 |
| MileStone<br>2620 Augustine Dr<br>Suite 140<br>Santa Clara, CA 95054 | Internet Marketing & Promotion Agreement dated May 31, 2007 |
| NEC Financial Services, Inc.<br>300 Frank W. Burr Blvd.<br>7th Floor<br>Teaneck, NJ 07666 | Master Lease Agreement for Equipment dated November 16, 2005 |

2
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   500 West Broadway, L.P.                                          ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Paetec<br>600 Willowbrook Office Park<br>Fairport, NY 14450 | |
| Rainbow Vending & Food Service<br>5515 Market Street<br>San Diego, CA 92114 | Vending Service Agreement dated May 10, 2004 |
| Remco Software, Inc.<br>528 21st Street West, Suite B<br>Dickinson, ND 58601 | Software Contract dated June 2, 2009 |
| San Diego Convention & Visitor<br>2215 India Street<br>San Diego, CA 92101-1725 | Advertising Agreement |
| San Diego Espresso<br>2452 Fourth Avenue<br>San Diego, CA 92101 | Retail space lease |
| Secure Protective Group<br>7850 Mission Center Court<br>San Diego, CA 92108 | Security Service Agreement dated May 18, 2006 |
| Standard Electronics<br>9340 Stevens Road<br>Santee, CA 92071 | Monitoring Agreement dated November 17, 2005 |
| Summit Commercial Cleaning<br>8677 Villa La Jolla Blvd #1226<br>La Jolla, CA 92037 | Cleaning Contract Agreement dated November 5, 2009 |
| Terminex<br>Terminex Processing Center<br>4633 Viewridge Avenue<br>San Diego, CA 92123-1639 | Commercial Pest Control Agreement dated August 1, 2006 |
| THYSSEN KRUPP ELEVATOR<br>1965 GILLESPIE WAY<br>SUITE 101<br>El Cajon, CA 92020 | formerly U.S. Elevator<br>Elevator Service Contract dated February 13, 1979 |
| Trident Technologies<br>7425 Mission Valley Road<br>Suite 207<br>San Diego, CA 92108 | Water Treatment Service Agreement dated November 1, 2009 |
| Waste Mgmt of El Cajon San Die<br>P.O. Box 78251<br>Phoenix, AZ 85062-8251 | Service Agreement dated January 8, 2007 |

Sheet  1  of  2   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    500 West Broadway, L.P. _____,    Case No. _____

                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Wayport, Inc.<br>Dept 0220<br>P.O. Box 120220<br>Dallas, TX 75312-0220 | Internet Service Resale Agreement Contract No. 31917 dated April 2, 2007 |

Sheet ___2___ of ___2___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    500 West Broadway, L.P.                                              ,    Case No. _____
                                      Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | AAE Hotels<br>4848 San Felipe Road<br>Suite 150-155<br>San Jose, CA 95135 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Advanced Reservation Systems<br>3750 Convoy St<br>Suite 312<br>San Diego, CA 92111 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | American Internet Services<br>9305 Lightwave Ave.<br>Suite 100<br>San Diego, CA 92123 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | American Sleep Products<br>9760 Via de la Amistad<br>San Diego, CA 92154 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | ARES, INC<br>1059 First Avenue<br>San Diego, CA 92101 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Booking.com BV<br>Lockbox #5295<br>5295 Paysphere Circle<br>Chicago, IL 60674 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | CES Embassy<br>600 B Street, #1700<br>San Diego, CA 92101 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Cintas<br>675 32nd Street<br>San Diego, CA 92102 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | CITY TREASURER - Water Dept.<br>WATER DEPT<br>San Diego, CA 92187-0001 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Cox Communications Cable<br>P.O. Box 79171<br>Phoenix, AZ 85062-9171 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Crimson Imaging Supplies, LLC<br>4011 Pacific Coast Hwy.<br>Torrance, CA 90505 |

8
____ continuation sheets attached to Schedule of Codebtors

In re   500 West Broadway, L.P.          ,    Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Ecolab<br>P.O. Box 100512<br>Pasadena, CA 91189-0512 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Engle Holdings Inc.<br>3065 Rosecrans Pl.<br>San Diego, CA 92110 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Event Video<br>11641 Valley Spring Lane, #309<br>Attn: Wesley Somoza<br>Studio City, CA 91604 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | EZ Yield.com Inc.<br>125 Excelsior Parkway<br>Suite 101<br>Winter Springs, FL 32708 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Florabella Inc.<br>1732 Madison Ave<br>San Diego, CA 92116 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | HD Supply Facilities<br>  Maintenance, Ltd<br>P.O. Box 509058<br>San Diego, CA 92150-9058 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | JCDecaux Airport Inc.<br>General Post Office<br>P.O. Box 5436<br>New York, NY 10087-5436 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Joseph Boling-Boiling Constrns<br>c/o Edmunds & Cleary attorneys<br>527 Encinitas Blvd., Ste. 210<br>Encinitas, CA 92024 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Maintex<br>13300 E. Nelson Ave.<br>PO Box 7110<br>City of Industry, CA 91744-7110 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | MileStone<br>2620 AUgustine Dr<br>Suite 140<br>Santa Clara, CA 95054 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Pacific Lodging Supply<br>10140 Norwalk Blvd<br>Santa Fe Springs, CA 90670 |

Sheet  __1__  of  __8__  continuation sheets attached to the Schedule of Codebtors

In re   500 West Broadway, L.P.                             ,      Case No.

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Pots of Gold<br>P.O. Box 711612<br>San Diego, CA 92171 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | R.F. MacDonald Co.<br>25920 Eden Landing Road<br>Hayward, CA 94545 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | RCI Travel<br>P.O. Box 41005<br>Nashville, TN 37204-1005 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | San Diego County Hotel-Motel<br>  Association<br>1945 Quivara Way, Ste. 5<br>San Diego, CA 92109 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | San Diego Reader<br>1703 India Street<br>San Diego, CA 92101 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | SDG&E<br>Credit Services CP 61E<br>P.O. Box 129831<br>San Diego, CA 92112-9985 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Secure Protective Group<br>PO Box 100700<br>Pasadena, CA 91189-0700 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Synxis Corporation<br>7285 Collection Center Dr.<br>Chicago, IL 60693 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Terminex<br>Terminex Processing Center<br>4633 Viewridge Avenue<br>San Diego, CA 92123-1639 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Tourico Holidays<br>220 East Central Parkway#4000<br>Altamonte Springs, FL 32701 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Travel Dynamics Group<br>7590 Fay Avenue #204<br>La Jolla, CA 92037 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Travelweb Retail<br>P.O. Box 915204<br>Dallas, TX 75391 |

Sheet  __2__  of  __8__  continuation sheets attached to the Schedule of Codebtors

In re    500 West Broadway, L.P.                                 ,     Case No. _____

                                       Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Travelworm<br>6280 South Valley View Blvd<br>#230<br>Las Vegas, NV 89118 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Trident Technologies<br>7425 Mission Valley Road<br>Suite 207<br>San Diego, CA 92108 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Venere<br>Intesa Sanpaolo S.p.a. NewYork<br>P.O. Box 9098<br>New York, NY 10256 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Vista Paint<br>2020 E. Orangethorpe Ave<br>Fullerton, CA 92831 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Waste Mgmt of El Cajon San Die<br>P.O. Box 78251<br>Phoenix, AZ 85062-8251 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Waxie Sanitary Supply<br>P.O. Box 81006<br>San Diego, CA 92138-1006 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | World Choice Travel, Inc.<br>11300 U.S. Highway 1<br>Suite 300<br>North Palm Beach, FL 33408 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Armed Services<br>3293 Santo Road<br>San Diego, CA 92124 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Cintas<br>675 32nd Street<br>San Diego, CA 92102 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Ellis Company, The<br>1501 Lancer Drive<br>Moorestown, NJ 08057 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Expedia Incorporated<br>6 West Druid Hills Dr. NE<br>Suite 107<br>Atlanta, GA 30329-2132 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Fraser's Boiler Service<br>1746 Newton Avenue<br>San Diego, CA 92113 |

Sheet   3   of   8   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    500 West Broadway, L.P. _____ ,    Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS
#### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Home Depot Supply Inc.<br>P.O. Box 509055<br>San Diego, CA 92150 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Inovus Design Inc.<br>9520 Jefferson Blvd, Ste B<br>Culver City, CA 90232-2941 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Killefer Flammang Purtill<br>1625 Olympic Blvd.<br>Santa Monica, CA 90404 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | NEC Financial Services<br>P.O. Box 100558<br>Pasadena, CA 91189 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Open Hospitality<br>729 Seventh Ave., 8th Floor<br>New York, NY 10019 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Saflok<br>31750 Sherman Ave.<br>Madison Heights, MI 48071-1423 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Stanford Sign & Awning<br>2556 Faivre St<br>Chula Vista, CA 91911 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | THYSSEN KRUPP ELEVATOR<br>1965 GILLESPIE WAY<br>SUITE 101<br>El Cajon, CA 92020 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Alcala Company, Inc.<br>3650 Hancock St.<br>San Diego, CA 92110 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | American Marble<br>1280 N. Melrose Drive<br>Vista, CA 92083 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Anchor Construction Specialtie<br>7071 Carroll Road<br>San Diego, CA 92121 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Architectural Signs & Graphics<br>3830 Valley Centre Drive #705<br>San Diego, CA 92130 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Area-West Fenco Co.<br>12566 Vigilante Road<br>Lakeside, CA 92040 |

Sheet   4   of   8   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    500 West Broadway, L.P.                                          ,        Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | California Comfort Systems USA<br>Schwartz, Semerdjian, Haile,<br>101 W. Broadway<br>San Diego, CA 92101 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | CCW&D, Inc.<br>7844 La Mesa Blvd.<br>La Mesa, CA 91941-3601 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | City of San Diego<br>Redevelopment Agency<br>600 B Street, Suite 400<br>San Diego, CA 92101 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Ehmke Sheet Metal Group<br>P.O. Box 13010<br>San Diego, CA 92170 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Pacific Western Bank<br>401 West A Street, 2nd Floor<br>San Diego, CA 92101 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Floor Encounters, Inc.<br>7722 Talbert Avenue, Suite C<br>Huntington Beach, CA 92648 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Grand Pacific Building Service<br>9766 19th Street, Suite 113<br>Rancho Cucamonga, CA 91737 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Helix Electric<br>c/o Pacific Western Bank<br>401 West A Street, 2nd Floor<br>San Diego, CA 92101 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Life Stone Concrete<br>1105 N. Marshall Avenue<br>El Cajon, CA 92020 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Mission Valley Roofing Inc.<br>9908 Prospect Avenue<br>Santee, CA 92071-4317 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Progressive Steel<br>3115 4th Avenue<br>San Diego, CA 92103 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | RBE Painting and Wall Covering<br>c/o Thomas Meads<br>P.O. Box 2035<br>Alpine, CA 91903-2035 |

Sheet   5   of   8   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   500 West Broadway, L.P.                                          ,    Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | S.G. Plastering<br>c/o Beard Hobbs, Attorney<br>7844 La Mesa Blvd.<br>La Mesa, CA 91941 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Safway Steel Products<br>1107 Petree Street, Suite 103<br>El Cajon, CA 92020 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Taylor Frager<br>c/o Marks Golia & Finch LLP<br>3900 Harney St., 1st Floor<br>San Diego, CA 92110-2825 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Wageman Company<br>4679 36th Street<br>San Diego, CA 92116 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | CITY TREASURER - OCC Tax<br>Attn: TOT Clerk<br>P.O. Box 122289<br>San Diego, CA 92112 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | California Travel & Tourism Ta<br>P.O. Box 2007<br>Sacramento, CA 95812 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | City of San Diego<br>P.O. Box 122289<br>San Diego, CA 92112 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | Franchise Tax Board<br>P.O. Box 842878<br>Sacramento, CA 94278 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | IRS<br>Ogden, UT |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | San Diego Country Treasurer<br>P.O. Box 129009<br>San Diego, CA 92112 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | San Diego County Treasurer<br>P.O. Box 129009<br>San Diego, CA 92112 |
| Alliant Holdings of W Broadway<br>21600 Oxnard Street, 12th Fl<br>Woodland Hills, CA 91367 | State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279 |

Sheet   6   of   8   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    500 West Broadway, L.P. _____,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Armed Services<br>3293 Santo Road<br>San Diego, CA 92124 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | CINTAS Corporation # 694<br>675 32nd Street<br>San Diego, CA 92102 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Ellis Company, The<br>1501 Lancer Drive<br>Moorestown, NJ 08057 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Expedia Incorporated<br>6 West Druid Hills Dr. NE<br>Suite 107<br>Atlanta, GA 30329-2132 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Fraser's Boiler Service<br>1746 Newton Avenue<br>San Diego, CA 92113 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Home Depot Supply Inc.<br>P.O. Box 509055<br>San Diego, CA 92150 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Inovus Design Inc.<br>9520 Jefferson Blvd, Ste B<br>Culver City, CA 90232-2941 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Killefer Flammang Purtill<br>1625 Olympic Blvd.<br>Santa Monica, CA 90404 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | NEC Financial Services<br>P.O. Box 100558<br>Pasadena, CA 91189 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Open Hospitality<br>729 Seventh Ave., 8th Floor<br>New York, NY 10019 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Saflok<br>31750 Sherman Ave.<br>Madison Heights, MI 48071-1423 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Stanford Sign & Awning<br>2556 Faivre St<br>Chula Vista, CA 91911 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | THYSSEN KRUPP ELEVATOR<br>1965 GILLESPIE WAY<br>SUITE 101<br>El Cajon, CA 92020 |

Sheet __7__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    500 West Broadway, L.P.                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Alcala Company, Inc.<br>3650 Hancock St.<br>San Diego, CA 92110 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Architectural Signs & Graphics<br>3830 Valley Centre Drive #705<br>San Diego, CA 92130 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | City of San Diego<br>Redevelopment Agency<br>600 B Street, Suite 400<br>San Diego, CA 92101 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Pacific Western Bank<br>401 West A Street, 2nd Floor<br>San Diego, CA 92101 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Helix Electric<br>c/o Pacific Western Bank<br>401 West A Street, 2nd Floor<br>San Diego, CA 92101 |
| Barone Galasso & Associates<br>710 West Ivy Street<br>San Diego, CA 92101 | Taylor Frager<br>c/o Marks Golia & Finch LLP<br>3900 Harney St., 1st Floor<br>San Diego, CA 92110-2825 |

Sheet   8   of   8   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Southern District of California

In re    500 West Broadway, L.P.                              Case No.               
                                    Debtor(s)                     Chapter    11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the By: Brian Doran, President of Sole Member of General Partner of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    45   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   March 3, 2010                           Signature    /s/ Alliant Holdings of West Broadway LLC, General Partner

                                                     Alliant Holdings of West Broadway LLC, General Partner
                                                       By: Brian Doran, President of Sole Member of General Partner

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re    500 West Broadway, L.P.                            Case No.                                   
                                   Debtor(s)                    Chapter       11                             

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2010 |
| $1,688,267.00 | 2009 |
| $2,377,885.00 | 2008 |
| $2,251,030.00 | 2007 |

**2. Income other than from employment or operation of business**

None
■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE

**3. Payments to creditors**

None
■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached list | | $0.00 | $0.00 |

None
■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Michael D. Breslauer<br>Solomon Ward Seidenwurm Smith<br>401 B Street, Suite 1200<br>San Diego, CA 92101 | December 31, 2009 to March 4, 2010 | $20,059.58 |

3/04/10 5:08PM

4

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| William Hassett<br>One S. Wacker Drive, Suite 800<br>Chicago, IL 60606 | prepared 2009 audit |
| Trigild Inc.<br>12707 High Bluff Dr, Ste 300<br>San Diego, CA 92130 | 2005 through current |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Alliant Holdings of West Broadway, LLC | General Partner | 99.98% |
| Alliant Tax Credit XIV, LLC | Administrative Limited Partner | .01% |
| Alliant Tax Credit Fund XIV, Ltd. | Investor Limited Partner | .01% |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| | |
|---|---|
| Date   March 3, 2010 | Signature   /s/ Alliant Holdings of West Broadway LLC, General Partner |
| | Alliant Holdings of West Broadway LLC, General Partner |
| | By: Brian Doran, President of Sole Member of General Partner |

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

500 WEST
Check Register 12/01/09–03/03/10

| Check | Code | Vendor | Date | Type | PMCHQ | Amount |
|---|---|---|---|---|---|---|
| 2949 | TRINC | Trigild Incorporated | 12/9/2009 | OPS POST PET | PMCHQ00000742 | $86.48 |
| 2950 | TRIMAN | Trigild Incorporated | 12/9/2009 | OPS POST PET | PMCHQ00000742 | $6,149.13 |
| 2951 | PETCAS | Tom Cartwright - Petty Cash | 12/9/2009 | OPS POST PET | PMCHQ00000742 | $321.49 |
| 2952 | SANDIECOU | San Diego County Hotel-Motel A | 12/9/2009 | OPS POST PET | PMCHQ00000742 | $30.00 |
| 2953 | TRIMAN | Trigild Incorporated | 12/14/2009 | OPS POST PET | PMCHQ00000743 | $5,950.00 |
| 2954 | TRINC | Trigild Incorporated | 12/14/2009 | OPS POST PET | PMCHQ00000743 | $875.68 |
| 2955 | TRIASS | Trigild Associates | 12/14/2009 | OPS POST PET | PMCHQ00000743 | $2,857.82 |
| 2956 | NASLUK | Naser Luka | 12/14/2009 | OPS POST PET | PMCHQ00000743 | $95.20 |
| 2957 | PETCAS | Tom Cartwright - Petty Cash | 12/14/2009 | OPS POST PET | PMCHQ00000744 | $119.72 |
| 2958 | TRIASS | Trigild Associates | 12/15/2009 | OPS POST PET | PMCHQ00000745 | $21,661.17 |
| 2959 | CITOCC | CITY TREASURER - OCC Tax | 12/15/2009 | OPS POST PET | PMCHQ00000745 | $9,116.94 |
| 2960 | TRIASS | Trigild Associates | 12/16/2009 | OPS POST PET | PMCHQ00000747 | $12,268.87 |
| Refund | TRIASS | Trigild Associates | 12/23/2009 | OPS POST PET | PMCHQ00000747 | ($12,268.87) |
| 2963 | CITWAT | CITY TREASURER - Water Dept | 12/20/2009 | OPS POST PET | PMCHQ00000750 | $4,105.85 |
| 2964 | COXCOM | COX COMMUNICATIONS | 12/20/2009 | OPS POST PET | PMCHQ00000750 | $2,258.92 |
| 2962 | ARMED FORCES | Armed Services | 12/22/2009 | OPS POST PET | PMCHQ00000749 | $57,890.38 |
| 2965 | AMEINT | American Internet Services | 12/28/2009 | OPS POST PET | PMCHQ00000751 | $385.11 |
| 2966 | TRIASS | Trigild Associates | 12/29/2009 | OPS POST PET | PMCHQ00000752 | $19,735.35 |
| 2968 | ATT3 | AT&T-Acct# 0507803610001 | 1/4/2010 | OPS POST PET | PMCHQ00000754 | $249.52 |
| 2972 | TRIASS | Trigild Associates | 1/5/2010 | OPS POST PET | PMCHQ00000756 | $5,894.15 |
| 2973 | TRIMAN | Trigild Incorporated | 1/5/2010 | OPS POST PET | PMCHQ00000756 | $6,775.77 |
| 2974 | TRINC | Trigild Incorporated | 1/5/2010 | OPS POST PET | PMCHQ00000756 | $132.66 |
| 2976 | CITTRETAX | City Treasurer | 1/8/2010 | OPS POST PET | PMCHQ00000758 | $10,103.16 |
| 2977 | TRINC | Trigild Incorporated | 1/8/2010 | OPS POST PET | PMCHQ00000759 | $375.00 |
| 2978 | PETCAS | Tom Cartwright - Petty Cash | 1/11/2010 | OPS POST PET | PMCHQ00000760 | $385.21 |
| 2979 | TRIASS | Trigild Associates | 1/11/2010 | OPS POST PET | PMCHQ00000761 | $19,335.30 |
| 2980 | ATT2 | AT&T | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $143.50 |
| 2981 | ATT4 | AT&T | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $126.70 |
| 2982 | ATT5 | AT&T | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $60.45 |
| 2983 | ATT6 | AT&T | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $122.04 |
| 2984 | ATT7 | AT&T | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $213.16 |
| 2985 | ATT8 | AT&T | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $55.86 |
| 2986 | ATT9 | AT&T | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $58.00 |
| 2987 | ATTWI | AT&T WI-FI Services | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $815.34 |
| 2988 | CITWAT | CITY TREASURER - Water Dept | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $3,252.43 |
| 2989 | PAECOM2 | Paetec Communications | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $1,492.13 |
| 2990 | SDGAS | SAN DIEGO GAS & ELECTRIC | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $2,941.00 |
| 2991 | SDGAS2 | San Diego Gas & Electric | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $5.64 |
| 2992 | SDGE | San Diego Gas & Electric | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $4,972.52 |
| 2993 | WASMAN | WASTE MANAGEMENT of EL Cajon-S | 1/13/2010 | OPS POST PET | PMCHQ00000762 | $2,738.77 |
| 2994 | AAEHOT | AAE Hotels | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $721.00 |
| 2995 | AMEINT | American Internet Services | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $385.11 |
| 2996 | BOOEUR | Bookings.com BV | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $1,077.37 |
| 2997 | COXCOM | COX COMMUNICATIONS | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $1,134.94 |
| 2998 | EVEVID | Event Video | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $300.00 |
| 2999 | EZYIELD | EZ Yield.com Inc. | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $189.00 |
| 3000 | HDSUPP | HD Supply Facilities Maintenan | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $534.57 |
| 3001 | HELBAK | Helen Baker | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $150.00 |
| 3002 | STAELE | Standard Electronics | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $90.00 |
| 3003 | SYNKIS | Synxis Corporation | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $3,068.13 |
| 3004 | THYKRU | THYSSEN KRUPP ELEVATOR | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $970.08 |
| 3005 | VENERE | Venere | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $558.97 |
| 3006 | WORCHO | WORLD CHOICE TRAVEL, INC. | 1/18/2010 | OPS POST PET | PMCHQ00000763 | $58.90 |
| 3007 | OPEHOS | Open Hospitality | 1/18/2010 | OPS POST PET | PMCHQ00000764 | $1,720.50 |
| 3008 | POTGOL | James A. Roe | 1/18/2010 | OPS POST PET | PMCHQ00000764 | $337.50 |
| 3009 | CALTRA | California Travel & Tourism Co | 1/20/2010 | OPS POST PET | PMCHQ00000765 | $834.00 |
| 3010 | FRATAX | Franchise Tax Board | 1/20/2010 | OPS POST PET | PMCHQ00000765 | $112.50 |
| 3011 | TRIASS | Trigild Associates | 1/25/2010 | OPS POST PET | PMCHQ00000766 | $34,914.81 |
| 3012 | TRINC | Trigild Incorporated | 1/25/2010 | OPS POST PET | PMCHQ00000766 | $165.73 |
| 3013 | PETCAS | Tom Cartwright - Petty Cash | 1/25/2010 | OPS POST PET | PMCHQ00000766 | $423.34 |
| 3014 | PETCAS | Tom Cartwright - Petty Cash | 1/27/2010 | OPS POST PET | PMCHQ00000767 | $323.82 |
| 3015 | NASLUK | Naser Luka | 1/27/2010 | OPS POST PET | PMCHQ00000767 | $73.20 |
| 3016 | MILSTO | MileStone | 1/27/2010 | OPS POST PET | PMCHQ00000767 | $2,000.00 |
| 3017 | TRIASS | Trigild Associates | 1/29/2010 | OPS POST PET | PMCHQ00000768 | $8,167.52 |
| 3020 | TRIINC | Trigild Incorporated | 2/1/2010 | OPS POST PET | PMCHQ00000770 | $45.00 |
| 3021 | TRIMAN | Trigild Incorporated | 2/1/2010 | OPS POST PET | PMCHQ00000770 | $981.79 |
| 1021-ACH | CITOCC | CITY TREASURER - OCC Tax | 2/1/2010 | OPS POST PET | PMPAY00000078 | $8,098.55 |
| 3022 | PETCAS | Tom Cartwright - Petty Cash | 2/5/2010 | OPS POST PET | PMCHQ00000771 | $566.97 |
| 3023 | SECPRO | FCC, LLC dba First Growth Capi | 2/5/2010 | OPS POST PET | PMCHQ00000772 | $1,822.80 |
| 3024 | TRIINC | Trigild Incorporated | 2/5/2010 | OPS POST PET | PMCHQ00000773 | $5,950.00 |
| 3025 | NASLUK | Naser Luka | 2/5/2010 | OPS POST PET | PMCHQ00000773 | $67.00 |
| 3026 | TRIINC | Trigild Incorporated | 2/8/2010 | OPS POST PET | PMCHQ00000774 | $711.25 |
| 3027 | TRIASS | Trigild Associates | 2/8/2010 | OPS POST PET | PMCHQ00000774 | $2,619.21 |
| 3028 | PETCAS | Tom Cartwright - Petty Cash | 2/9/2010 | OPS POST PET | PMCHQ00000775 | $439.86 |
| 3029 | TRIASS | Trigild Associates | 2/9/2010 | OPS POST PET | PMCHQ00000776 | $2,857.82 |
| 3030 | PETCAS | Tom Cartwright - Petty Cash | 2/10/2010 | OPS POST PET | PMCHQ00000777 | $554.29 |
| 3031 | PETCAS | Tom Cartwright - Petty Cash | 2/16/2010 | OPS POST PET | PMCHQ00000778 | $303.88 |
| 3032 | ECOLAB | Ecolab | 2/16/2010 | OPS POST PET | PMCHQ00000779 | $450.04 |
| 3033 | MILSTO | MileStone | 2/17/2010 | OPS POST PET | PMCHQ00000780 | $3,281.68 |
| 3034 | JCDAIR | JCDecaux Airport Inc. | 2/18/2010 | OPS POST PET | PMCHQ00000781 | $343.00 |
| 3035 | SDGAS2 | San Diego Gas & Electric | 2/18/2010 | OPS POST PET | PMPAY00000079 | $5.64 |
| 3036 | SDGE | San Diego Gas & Electric | 2/18/2010 | OPS POST PET | PMPAY00000079 | $5,067.39 |
| 3037 | PETCAS | Tom Cartwright - Petty Cash | 2/18/2010 | OPS POST PET | PMCHQ00000782 | $400.46 |
| 3038 | SAFLOK | Saflok | 2/19/2010 | OPS POST PET | PMCHQ00000783 | $568.75 |
| 3039 | MAITEX | Maintex | 2/19/2010 | OPS POST PET | PMCHQ00000783 | $1,519.41 |
| 3041 | SDGAS | SAN DIEGO GAS & ELECTRIC | 2/23/2010 | OPS POST PET | PMPAY00000081 | $3,521.60 |
| 3042 | SECPRO | FCC, LLC dba First Growth Capi | 2/23/2010 | OPS POST PET | PMCHQ00000784 | $1,883.52 |
| 3040 | SDGAS | SAN DIEGO GAS & ELECTRIC | 2/24/2010 | OPS POST PET | PMPAY00000080 | $3,470.45 |
| | TRN PR-Transfer | Trigild Associates | 2/28/2010 | OPS POST PET | PMCHQ00000785 | $40,298.31 |
| 3043 | AMEINT | American Internet Services | 2/24/2010 | OPS POST PET | PMCHQ00000785 | $385.11 |
| 1021-ACH | CITOCC | CITY TREASURER - OCC Tax | 3/1/2010 | OPS POST PET | PMPAY00000082 | $8,143.24 |
| | TRN PR-Transfer | Trigild Associates | 3/1/2010 | OPS POST PET | PMCHQ00000789 | $11,500.00 |
| 3044 | CITWAT | CITY TREASURER - Water Dept | 3/2/2010 | OPS POST PET | PMCHQ00000786 | $3,753.13 |
| 3045 | NASLUK | Naser Luka | 3/2/2010 | OPS POST PET | PMCHQ00000788 | $83.50 |
| 3046 | PETCAS | Tom Cartwright - Petty Cash | 3/2/2010 | OPS POST PET | PMCHQ00000788 | $289.30 |
| 3047 | TRINC | Trigild Incorporated | 3/2/2010 | OPS POST PET | PMCHQ00000788 | $169.46 |
| 3048 | TRIMAN | Trigild Incorporated | 3/2/2010 | OPS POST PET | PMCHQ00000788 | $638.90 |
| 3049 | BOOEUR | Bookings.com BV | 3/3/2010 | OPS POST PET | PMCHQ00000789 | $1,265.19 |
| 3050 | THYKRU | THYSSEN KRUPP ELEVATOR | 3/3/2010 | OPS POST PET | PMCHQ00000790 | $4,500.00 |

# United States Bankruptcy Court
## Southern District of California

In re  500 West Broadway, L.P.

Debtor(s)

Case No.

Chapter  11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2. $ 1,039.00  of the filing fee has been paid.

3. The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
   Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  March 3, 2010

/s/ Michael D. Breslauer
Michael D. Breslauer 110259
Solomon Ward Seidenwurm & Smith LLP
401 B Street, Suite 1200
San Diego, CA 92101-4295
619-231-0303  Fax: 619-231-4755
mbreslauer@swsslaw.com

---

# United States Bankruptcy Court
## Southern District of California

In re    500 West Broadway, L.P.               ,    Case No. _____

                                            Debtor

Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alliant Real Estate Credit XIV | Admin. Limited Partner | | Partner |
| Alliant Tax Credit Fund XIV | Investor Limited Partner | | Partner |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the By: Brian Doran, President of Sole Member of General Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ March 3, 2010 _____

Signature _/s/ Alliant Holdings of West Broadway LLC, General Partner

Alliant Holdings of West Broadway LLC, General Partner
By: Brian Doran, President of Sole Member of General Partne

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

   0    continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

3/04/10  5:08PM

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer 110259
401 B Street, Suite 1200
San Diego, CA 92101-4295
619-231-0303
110259

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
500 West Broadway, L.P.

                                                        BANKRUPTCY NO.

                                          Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed.  Creditor diskette required.                     TOTAL NO. OF CREDITORS:  105

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting.  Creditor diskette required.     TOTAL NO. OF CREDITORS:_____
    ☐ Post-petition creditors added.  Scannable matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of
Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that
the filing of a matrix is not required.


Date:   March 3, 2010             /s/ Alliant Holdings of West Broadway LLC, General Partner
                                           Alliant Holdings of West Broadway LLC, General Partner/By: Brian
                                           Doran, President of Sole Member of General Partner
                                           Signer/Title


REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1) Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2) A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a)     A new petition is filed.  Diskette required.

    b)     A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)     An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3) The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4) CONVERSIONS:

    a)     When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b)     For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

    a)     <u>Scannable matrix format required.</u>

    b)     The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)     Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

7-11 Industries, Inc.
13787 Royal Melbourne Square
San Diego, CA 92128


AAE Hotels
4848 San Felipe Road
Suite 150-155
San Jose, CA 95135


Advanced Reservation Systems
3750 Convoy St
Suite 312
San Diego, CA 92111


Alcala Company, Inc.
3650 Hancock St.
San Diego, CA 92110


Alliant Holdings of W Broadway
21600 Oxnard Street, 12th Fl
Woodland Hills, CA 91367


Alliant Holdings of West Broad
21600 Oxnard St, 12th Floor
Woodland Hills, CA 91367


American Internet Services
9305 Lightwave Ave.
Suite 100
San Diego, CA 92123


American Marble
1280 N. Melrose Drive
Vista, CA 92083


American Sleep Products
9760 Via de la Amistad
San Diego, CA 92154

Anchor Construction Specialtie
7071 Carroll Road
San Diego, CA 92121


Architectural Signs & Graphics
3830 Valley Centre Drive #705
San Diego, CA 92130


Area-West Fenco Co.
12566 Vigilante Road
Lakeside, CA 92040


ARES, INC
1059 First Avenue
San Diego, CA 92101


Armed Services
3293 Santo Road
San Diego, CA 92124


Armed Services YMCA of the USA
3293 Santo Road
San Diego, CA 92124


Barone Galasso & Associates
710 West Ivy Street
San Diego, CA 92101


Blue Outdoor Worldwide LLC
341 East 62nd Street, PH
New York, NY 10065


Booking.com BV
Lockbox #5295
5295 Paysphere Circle
Chicago, IL 60674

California Comfort Systems USA
Schwartz, Semerdjian, Haile,
101 W. Broadway
San Diego, CA 92101


California Travel & Tourism Ta
P.O. Box 2007
Sacramento, CA 95812


CCW&D, Inc.
7844 La Mesa Blvd.
La Mesa, CA 91941-3601


CES Embassy
600 B Street, #1700
San Diego, CA 92101


Cintas
675 32nd Street
San Diego, CA 92102


CINTAS Corporation # 694
675 32nd Street
San Diego, CA 92102


City of San Diego
Redevelopment Agency
600 B Street, Suite 400
San Diego, CA 92101


City of San Diego
P.O. Box 122289
San Diego, CA 92112


CITY TREASURER - OCC Tax
Attn: TOT Clerk
P.O. Box 122289
San Diego, CA 92112

```
CITY TREASURER - Water Dept.
WATER DEPT
San Diego, CA 92187-0001


Cox Business
5159 Federal Blvd
San Diego, CA 92105


Cox Communications Cable
P.O. Box 79171
Phoenix, AZ 85062-9171


Crimson Imaging Supplies, LLC
4011 Pacific Coast Hwy.
Torrance, CA 90505


Downtown YMCA
4715 View Ridge Ave, Ste 100
San Diego, CA 92123


Ecolab
P.O. Box 100512
Pasadena, CA 91189-0512


Ehmke Sheet Metal Group
P.O. Box 13010
San Diego, CA 92170


Ellis Company, The
1501 Lancer Drive
Moorestown, NJ 08057


Engle Holdings Inc.
3065 Rosecrans Pl.
San Diego, CA 92110
```

Event Video
11641 Valley Spring Lane, #309
Attn: Wesley Somoza
Studio City, CA 91604


Expedia Incorporated
6 West Druid Hills Dr. NE
Suite 107
Atlanta, GA 30329-2132


EZ Yield.com Inc.
125 Excelsior Parkway
Suite 101
Winter Springs, FL 32708


Floor Encounters, Inc.
7722 Talbert Avenue, Suite C
Huntington Beach, CA 92648


Florabella Inc.
1732 Madison Ave
San Diego, CA 92116


Franchise Tax Board
P.O. Box 842878
Sacramento, CA 94278


Fraser's Boiler Service
1746 Newton Avenue
San Diego, CA 92113


Grand Central Cafe
500 West Broadway
San Diego, CA 92101


Grand Pacific Building Service
9766 19th Street, Suite 113
Rancho Cucamonga, CA 91737

HD Supply Facilities
  Maintenance, Ltd
P.O. Box 509058
San Diego, CA 92150-9058


Helix Electric
c/o Pacific Western Bank
401 West A Street, 2nd Floor
San Diego, CA 92101


Home Depot Supply Inc.
P.O. Box 509055
San Diego, CA 92150


Inovus Design Inc.
9520 Jefferson Blvd, Ste B
Culver City, CA 90232-2941


IRS
Ogden, UT


JCDecaux Airport Inc.
General Post Office
P.O. Box 5436
New York, NY 10087-5436


JCDecaux Airport Inc.
3 Park Avenue, 33rd Floor
New York, NY 10016


Jeffrey D. Goetz
Bradshaw Fowler Proctor
801 Grand Avenue Ste 3700
Des Moines, IA 50309-8004

Joseph Boling-Boiling Constrns
c/o Edmunds & Cleary attorneys
527 Encinitas Blvd., Ste. 210
Encinitas, CA 92024


Killefer Flammang Purtill
1625 Olympic Blvd.
Santa Monica, CA 90404


Life Stone Concrete
1105 N. Marshall Avenue
El Cajon, CA 92020


Maintex
13300 E. Nelson Ave.
PO Box 7110
City of Industry, CA 91744-7110


MileStone
2620 AUgustine Dr
Suite 140
Santa Clara, CA 95054


Mission Valley Roofing Inc.
9908 Prospect Avenue
Santee, CA 92071-4317


NEC Financial Services
P.O. Box 100558
Pasadena, CA 91189


NEC Financial Services, Inc.
300 Frank W. Burr Blvd.
7th Floor
Teaneck, NJ 07666


Open Hospitality
729 Seventh Ave., 8th Floor
New York, NY 10019

Pacific Lodging Supply
10140 Norwalk Blvd
Santa Fe Springs, CA 90670


Pacific Western Bank
401 West A Street, 2nd Floor
San Diego, CA 92101


Paetec
600 Willowbrook Office Park
Fairport, NY 14450


Pots of Gold
P.O. Box 711612
San Diego, CA 92171


Progressive Steel
3115 4th Avenue
San Diego, CA 92103


R.F. MacDonald Co.
25920 Eden Landing Road
Hayward, CA 94545


Rainbow Vending & Food Service
5515 Market Street
San Diego, CA 92114


RBE Painting and Wall Covering
c/o Thomas Meads
P.O. Box 2035
Alpine, CA 91903-2035


RCI Travel
P.O. Box 41005
Nashville, TN 37204-1005

Remco Software, Inc.
528 21st Street West, Suite B
Dickinson, ND 58601


S.G. Plastering
c/o Beard Hobbs, Attorney
7844 La Mesa Blvd.
La Mesa, CA 91941


Saflok
31750 Sherman Ave.
Madison Heights, MI 48071-1423


Safway Steel Products
1107 Petree Street, Suite 103
El Cajon, CA 92020


San Diego Convention & Visitor
2215 India Street
San Diego, CA 92101-1725


San Diego Country Treasurer
P.O. Box 129009
San Diego, CA 92112


San Diego County Hotel-Motel
  Association
1945 Quivara Way, Ste. 5
San Diego, CA 92109


San Diego County Treasurer
P.O. Box 129009
San Diego, CA 92112


San Diego Espresso
2452 Fourth Avenue
San Diego, CA 92101

San Diego Reader
1703 India Street
San Diego, CA 92101


SDG&E
Credit Services CP 61E
P.O. Box 129831
San Diego, CA 92112-9985


Secure Protective Group
PO Box 100700
Pasadena, CA 91189-0700


Secure Protective Group
7850 Mission Center Court
San Diego, CA 92108


Standard Electronics
9340 Stevens Road
Santee, CA 92071


Stanford Sign & Awning
2556 Faivre St
Chula Vista, CA 91911


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


Summit Commercial Cleaning
8677 Villa La Jolla Blvd #1226
La Jolla, CA 92037


Synxis Corporation
7285 Collection Center Dr.
Chicago, IL 60693

Taylor Frager
c/o Marks Golia & Finch LLP
3900 Harney St., 1st Floor
San Diego, CA 92110-2825


Terminex
Terminex Processing Center
4633 Viewridge Avenue
San Diego, CA 92123-1639


THYSSEN KRUPP ELEVATOR
1965 GILLESPIE WAY
SUITE 101
El Cajon, CA 92020


Tourico Holidays
220 East Central Parkway#4000
Altamonte Springs, FL 32701


Travel Dynamics Group
7590 Fay Avenue #204
La Jolla, CA 92037


Travelweb Retail
P.O. Box 915204
Dallas, TX 75391


Travelworm
6280 South Valley View Blvd
#230
Las Vegas, NV 89118


Trident Technologies
7425 Mission Valley Road
Suite 207
San Diego, CA 92108

Venere
Intesa Sanpaolo S.p.a. NewYork
P.O. Box 9098
New York, NY 10256


Vista Paint
2020 E. Orangethorpe Ave
Fullerton, CA 92831


Wageman Company
4679 36th Street
San Diego, CA 92116


Waste Mgmt of El Cajon San Die
P.O. Box 78251
Phoenix, AZ 85062-8251


Waxie Sanitary Supply
P.O. Box 81006
San Diego, CA 92138-1006


Wayport, Inc.
Dept 0220
P.O. Box 120220
Dallas, TX 75312-0220


WB Powell, Inc c/o T Robinette
Manning Leaver Bruder & Berb
5750 Wilshire Blvd #655
Los Angeles, CA 90036-3637


World Choice Travel, Inc.
11300 U.S. Highway 1
Suite 300
North Palm Beach, FL 33408

3/04/10 5:08PM

**CSD 1801** [12/01/09]
Name, Address, Telephone No. & I.D. No.
Michael D. Breslauer 110259
401 B Street, Suite 1200
San Diego, CA 92101-4295
619-231-0303
110259

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
500 West Broadway, L.P.

BANKRUPTCY NO.

Debtor.

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

PART I - DECLARATION OF PETITIONER

      I [We] ___Alliant Holdings of West Broadway LLC, General Partner___ and _____, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 14 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

      ☐     [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

      ■     [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: March 3, 2010

          Signed:    /s/ Alliant Holdings of West Broadway LLC,
                  General Partner
                  Alliant Holdings of West Broadway LLC,
                  General Partner
                  (Applicant)

PART II - DECLARATION OF ATTORNEY

      I *declare under penalty of perjury* that I have informed the petitioner, if an individual, that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that I have no knowledge after an inquiry that the information in the schedules is incorrect.

Dated: March 3, 2010

                  /s/ Michael D. Breslauer
                  Michael D. Breslauer 110259
                  Attorney for Debtor(s)

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy